UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L&J INVESTMENT HOLDINGS LLC,<br><br>              Plaintiff,<br><br>-against-<br><br>SKYLOCK INDUSTRIES INC.,<br><br>              Defendants. | Case No. 1:23-cv-00135-VSB<br>(ECF CASE) |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## PLAINTIFF L&J INVESTMENT HOLDINGS LLC

PLEASE TAKE NOTICE that undersigned, an attorney associated with Leichtman Law PLLC and duly admitted to practice before this Court, hereby appears as counsel for Plaintiff L&J Investment Holdings LLC in the above-captioned action, and demands that all pleadings, correspondence, documents and papers be served upon the undersigned at the address below.

Dated: February 15, 2023
      New York, New York

                                                **LEICHTMAN LAW PLLC**

                                  By: /s/ *Shane Wax*
                                        Shane Wax
                                        185 Madison Avenue, 15th Floor
                                        New York, New York 10016
                                        Tel: (212) 419-5210
                                        swax@leichtmanlaw.com

                                        *Attorneys for Plaintiff*
                                        *L&J Investment Holdings LLC*