```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    L&J INVESTMENT HOLDINGS LLC,                             :
                                                             :
                                    Plaintiff,               :
                                                             :           23-CV-135 (VSB)
                      -against-                              :
                                                             :               ORDER
    SKYLOCK INDUSTRIES INC.,                                 :
                                                             :
                                    Defendant.               :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

    The Court is aware that Defendant SkyLock Industries, Inc. filed for Chapter 11 bankruptcy in the Central District of California on September 26, 2024. *See In re Skylock Industries, Inc.*, 24-bk-17820 (Bankr. C.D. Cal. 2024) (Bluebond, J.). I direct each party to submit a letter outlining its position regarding the applicability of a stay under Section 362 of the Bankruptcy Act to the instant case by October 16, 2024. *See* 11 U.S.C. § 362(a).

SO ORDERED.

Dated: October 2, 2024
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge